```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SORAKHA ROS, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 12-cv-321 |
| | : | |
| JANET NAPOLITANO, ALEJANDRO | : | |
| MAYORKAS, and EVANGELIA | : | |
| KLAPAKIS, | : | |
| | : | |
| Defendants. | | |

## **ORDER**

AND NOW, this 10th day of July, 2013, upon consideration of the Petitioner's Motion in Limine (Doc. No. 17), the Defendant's response thereto (Doc. No. 19), and the Defendants' Cross-Motion for Summary Judgment (Doc. No. 15), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The Petitioner's Motion is DENIED;

(2) The Defendants' Motion is GRANTED; and,

(3) The Petitioner's Petition for Naturalization is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.